STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>$277,150.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><br>NAREK DAVITYAN, PAYTSAR DAVITYAN, and SEROJ DAVITYAN,<br><br>      Claimants. | NO. CV 13-07230 DSF (SHx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on September 30, 2013 against the defendant $277,150.00 in U.S. currency ("defendant currency").

Narek Davityan, Paystar Davityan, and Seroj Davityan ("Claimants") claim an interest in the defendant currency.  No other parties other than Claimants have appeared in this case and the time for filing statements of interest and answers has expired.  Plaintiff United States of America and Claimants have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Claimants Narek Davityan, Paystar Davityan, and Seroj Davityan are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $81,370.00 of the defendant currency and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.  The United States is ordered to dispose of said funds in accordance with law.

4. $195,780.00 of the defendant currency, without interest, shall be returned to Paystar Davityan and Seroj Davityan by either check or wire transfer in two separate transactions: one in the amount of $156,624.00; and the second in the amount of $39,156.00.  If the United States elects to

make the payments by check, the check in the amount of $156,624.00 will be payable to "Paystar Davityan and Seroj Davityan and Law Offices of Thomas P. Sleisenger," and mailed to attorney Thomas P. Sleisenger, Esq. at the Law Offices of Thomas P. Sleisenger, 1901 Avenue of the Stars, Suite 615, Los Angeles, California 90067.  The second check in the amount of $39,156.00 will be payable to "Law Offices of Thomas P. Sleisenger," and mailed to attorney Thomas P. Sleisenger, Esq. at the Law Offices of Thomas P. Sleisenger, 1901 Avenue of the Stars, Suite 615, Los Angeles, California 90067.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred in two separate transactions: one in the amount of $156,624.00; and the second in the amount of $39,156.00, to the Law Offices of Thomas P. Sleisenger Client Trust Account. Claimants Paystar Davityan and Seroj Davityan and their attorney shall provide any and all information needed to process the return of these funds according to federal law.

    5.   Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: __September 17__, 2014

*/s/ Dale S. Fischer*
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

//
//

**Approved as to form and content:**

DATED: September 15, 2014    STEPHANIE YONEKURA
                             Acting United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section

                             /s/ Jonathan Galatzan
                             _____
                             JONATHAN GALATZAN
                             Assistant United States Attorney
                             Attorneys for Plaintiff
                             United States of America

DATED: September 11, 2014    LAW OFFICES OF THOMAS P. SLEISENGER

                             /s/ Thomas P. Sleisenger
                             _____
                             THOMAS P. SLEISENGER
                             Attorneys for Claimants
                             Paystar Davityan, Seroj Davityan, and
                             Narek Davityan

DATED: September __, 2014    _____
                             Claimant PAYSTAR DAVITYAN

DATED: September __, 2014    _____
                             Claimant SEROJ DAVITYAN

DATED: September __, 2014    _____
                             Claimant NAREK DAVITYAN

**Approved as to form and content:**

DATED: September __, 2014     STEPHANIE YONEKURA
                              Acting United States Attorney
                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              _____
                              JONATHAN GALATZAN
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America

DATED: September__, 2014 LAW OFFICES OF THOMAS P. SLEISENGER

                              _____
                              THOMAS P. SLEISENGER
                              Attorneys for Claimants
                              Paystar Davityan, Seroj Davityan, and
                              Narek Davityan

DATED: September __, 2014     [signature]
                              Claimant PAYSTAR DAVITYAN

DATED: September __, 2014     [signature]
                              Claimant SEROJ DAVITYAN

DATED: September 14, 2014     [signature]
                              Claimant NAREK DAVITYAN

5-b